MILDRED CROSBY, Respondent, v. M. F. REALTY Co., INC., Appellant. HOWARD CROSBY, Respondent, v. M. F. REALTY Co., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

KATHRYN L. POWERS, Respondent, v. RAY M. POWERS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of FRANK TREADWELL, Appellant, v. WILLIAM ABRAMSON, Respondent.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EDWARD B. MUNS, Appellant, v. PENNSYLVANIA MILK PRODUCTS COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless

appellant procure appellant's points to be filed on or before June 15, 1924.　Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.